■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL GRATE, Appellant. [679 NYS2d 835] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 13, 1989 (*People v Grate,* 155 AD2d 553), affirming a judgment of the County Court, Nassau County, rendered January 30, 1986.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Rosenblatt and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE HERNANDEZ, Also Known as ALLEN GONZALEZ, Appellant. [679 NYS2d 835] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 30, 1997 (*People v Hernandez,* 240 AD2d 759), affirming a judgment of the Supreme Court, Queens County, rendered October 19, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Thompson, J. P., Joy, Altman and Florio, JJ., concur.